UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BECK OIL, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INLAND KENWORTH, INC., a California Corporation; CUMMINS, Inc., a Illinois Corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. 5:18-cv-00542 PSG (SHKx)<br>Assigned to Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

On April 17, 2018, the Court granted Defendant Inland Kenworth (US) Inc.'s Motion to Dismiss in its entirety, and dismissed the above-entitled action as to Defendant Inland Kenworth (US) Inc. Based on the foregoing, judgment shall be entered in favor of Defendant Inland Kenworth (US) Inc. and against Plaintiff Beck Oil, Inc. Defendant shall recover its costs as the prevailing party pursuant to a Memorandum of Costs.

It is so ordered.

04/23/18          PHILIP S. GUTIERREZ
                  _____
                  Hon. Philip S. Gutierrez